Tuesday, June 20, 2017

No. 17–0285/AR.   U.S. v. Gene N. Williams.   CCA 20130582.   On consideration of the motion filed by Frank J. Spinner, Esq., for leave to withdraw as appellate defense counsel, supported by Appellant's memorandum of June 12, 2017, releasing Mr. Spinner from further representation of Appellant and proceeding with representation by Captain Cody Cheek, it is ordered that said motion is hereby granted.